Per Curiam.

The judgment under review will be affirmed, for the reasons stated in the opinion of this court just filed in the case of the *Attorney-General* v. *Gaul, ante p.* 165.

*For affirmance* — The Chancellor, Chief Justice, Parker, Bergen, Taylor, Gardner, Ackerson, JJ. 7

*For reversal*—Swayze, Kalisch, Katzenbach, White, Heppenheimer. Williams, JJ. 6.

---

THOMAS F. McCRAN, ATTORNEY-GENERAL, RESPONDENT,
v. JOHN W. SLOCUM, APPELLANT.

Argued January 19, 1921—Decided February 15, 1921.

On appeal from the Supreme Court.

For the appellant, *Josiah Stryker* and *Richard C. Lindabury.*

For the respondent, *Thomas F. McCran,* attorney-general.

Per Curiam.

The judgment under review will be affirmed, for the reasons stated in the opinion of this court just filed in the case of the *Attorney-General* v. *Gaul, ante p.* 165.

*For affirmance* — The Chancellor, Chief Justice, Parker, Bergen, Taylor, Gardner, Ackerson, JJ. 7.

*For reversal*—Swayze, Kalisch, Katzenbach, White, Heppenheimer, Williams, JJ. 6.